UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHANIE A. WOODS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-11000-JLT |
| | * | |
| NSTAR ELECTRIC & GAS COMPANY, | * | |
| | * | |
| Defendant. | * | |

ORDER

June 27, 2011

TAURO, J.

This court hereby orders that Plaintiff's <u>Assented to Motion to Remand to State Court</u> [#4] is ALLOWED. This action is REMANDED to the Massachusetts Superior Court sitting in the County of Plymouth. This case is CLOSED.

IT IS SO ORDERED.

                /s/ Joseph L. Tauro
                United States District Judge